# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00908-CV

**Mark Smith, Appellant**

**v.**

**Steptoe & Johnson PLLC, Appellee**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-002142, THE HONORABLE CATHERINE A. MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 2, 2026. On February 9, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 19, 2026, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed:  February 27, 2026